## DICKINSON TRUST COMPANY, GUARDIAN, *v.* STUDY, GUARDIAN, ET AL.

[No. 9,018. Filed April 28, 1916. Rehearing denied December 13, 1916.]

From Wayne Circuit Court; *Daniel W. Comstock*, Special Judge.

Action between the Dickinson Trust Company, guardian of Ma-
belle M. Howard and Ruth M. Howard, and Thomas J. Study,
guardian *ad litem* of Herbert Myers, and others. From the judg-
ment rendered, the former appeals. *Reversed.*

*Shively & Shively*, for appellant.
*John F. Robbins, Byram C. Robbins* and *Phillip H. Robbins*, for
appellee.

HOTTEL, J.—The questions involved in this appeal are presented
by the ruling on a demurrer to a cross-complaint filed by appel-
lant in a suit to quiet title. They involve the construction of the
will of Moses Myers, deceased, the grandfather of Mabelle M. and
Ruth M. Howard, and particularly item three thereof. Said ques-
tions are the same in all essential particulars as those involved
and decided by this court at this term in the case of *Paul, Guard-
ian, etc.*, v. *Dickinson Trust Co., ante* 230, wherein item four of the
same will was construed. Upon the authority of that case and the

cases there cited the judgment in this case is reversed with instructions to the lower court to overrule the demurrers to appellant's cross-complaint, and for further proceedings not inconsistent with this opinion.